**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>MJK CLEARING, INC.,<br><br>Defendant. | ) | Civil Action No. 01-1779 RHK/SRN |

**<u>ORDER ON MOTION FOR ADMISSION PRO HAC VICE</u>**

This matter having come before the Court upon the Motion for Admission *pro hac vice* of Edward T. Wahl, Esq. and supporting Declaration of Kenneth J. Caputo, Esq. and the Court being fully advised in the premises; and good cause existing, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Kenneth J. Caputo, Esq. is authorized to appear as counsel for the Securities Investor Protection Corporation in this case.

DATED: Minneapolis, Minnesota

September 27, 2001

UNITED STATES DISTRICT JUDGE

FILED SEP 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____