# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Securities Investor Protection Corp.

v.

MJK Clearing, Inc.

Case No. Civil 01-1779RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a stay and permanent injunction is hereby entered and this liquidation proceeding is removed to the U.S. Bankruptcy Court for the District of Minnesota; that the Trustee is authorized to open accounts and obtain a safe deposit box at a bank or banks to be chosen by the Trustee, and the Trustee may designate such of his representatives who shall be authorized to have access thereto.

DATE: September 27, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk